IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARIN LEE MATKOSKEY, :
    Plaintiff, :
  v. : Case No. 3:19-cv-66-KAP
SOMERSET COUNTY, *et al.* :
    Defendants :

<u>Memorandum Order</u>

    The remaining defendants filed a motion to compel, ECF no. 32. Plaintiff has not opposed it. The motion is therefore granted. Plaintiff shall answer the defendants' discovery requests within two weeks, and all current pretrial deadlines are pushed back one month. Plaintiff is advised that he has to cooperate with discovery requests or assert proper objections to them: simply ignoring discovery requests can lead to the exclusion of evidence, the dismissal of claims, or in extreme cases the entry of judgment against an offending party.

DATE: <u>May 20, 2022</u>

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Darin Lee Matkoskey
P.O. Box 32
Acosta, PA 15520